Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:10-cv-02090-AWI-SKO |
|---|---|
| Plaintiff, | |
| vs. | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE INITIAL SCHEDULING CONFERENCE; AND ORDER |
| ANGELINA CARREON HERRERA, et al. | |
| Defendant. | |

**TO THE HONORABLE SHEILA K. OBERTO, THE DEFENDANT, AND HER ATTORNEYS OF RECORD:**

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Initial Scheduling Conference in this action, presently set for Tuesday, February 15, 2011 at 9:30 A.M. This request will be, and is, necessitated by the fact that defendant Angelina Carreon Herrera, individually and d/b/a El Pio Pio is in default and Plaintiff's Application for Default Judgment is currently pending before this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant. As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Conference Statement.

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
THE SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. 1:10-cv-02090-AWI-SKO
PAGE 1

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Initial Scheduling Conference presently scheduled for Tuesday, February 15, 2011 at 9:30 A.M. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: February 7, 2011         */s/ Thomas P. Riley*
                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                By: Thomas P. Riley
                                Attorneys for Plaintiff
                                J & J Sports Productions, Inc.

## **ORDER**

It is hereby ordered that the Initial Scheduling Conference in *J & J Sports Productions, Inc. v. Angelina Carreon Herrera, et al.*, 1:10-cv-02090-AWI-SKO, is hereby vacated.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a certificate of service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **February 7, 2011**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING**
**THE SCHEDULING CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 1:10-cv-02090-AWI-SKO**
**PAGE 2**